479 A.2d 1148

Commonwealth v. Taylor, Appellant.

Submitted March 19, 1984. Michael J. McAllister, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Judgments affirmed.